# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### CHATTANOOGA DIVISION

DOROTHY WOODWARD, on behalf of )
herself and all others similarly situated, )
)
        Plaintiff(s), )
)
vs. )      Civil Action No. 1:17-cv-253
)
CITY OF CHATTANOOGA, *ex rel*, )
CHATTANOOGA POLICE )
DEPARTMENT, RIVERVIEW )
MEDICAL SERVICES, CO., a Tennessee )
corporation, and LAKENDRA PORTER, )
d/b/a RIVERVIEW MEDICAL )
SERVICES, CO., a Tennessee )
corporation, )
)
        Defendants. )

## CONSENT DECREE AND/OR STIPULATION OF DISMISSAL AS TO THE DEFENDANT CITY OF CHATTANOOGA

Comes now the Plaintiff, Dorothy Woodward, by and through counsel, and announces to the Court pursuant to Rule 41 (a) (1) of the *Federal Rules of Civil Procedure* that she is requesting the entry of a Court Order of Dismissal by this Court pursuant to Rule 41 (a) (2) as to only the Defendant, City of Chattanooga, which states as follows:

1. This Cause came to be filed upon the Verified Complaint on September 14, 2017 by the Plaintiff, Dorothy Woodward, setting out facts and a cause of action alleging violations by multiple the defendants of the Driver's Privacy Protection Act ("DPPA") and T.C.A. §55-25-101, *et seq.*

2. After filing of the Verified Complaint, Defendant, City of Chattanooga, made diligent inquiry with the Tennessee Office of Open Records and the Tennessee Office of Safety

and Homeland Security, and while not admitting to any specific violation of either state of federal law, has accepted that traffic accident reports generated by the Chattanooga Police Department may contain some personally identifying information from motor vehicle records which should be redacted and protected from disclosure, including the names, addresses and phone numbers of accident victims, except when such information is requested by parties authorized to obtain such information under Tennessee law.

3. In order to satisfy the wishes of the Plaintiff and to further the interests of the City of Chattanooga, and in the interests of the citizens thereof, Plaintiff, Woodward, and Defendant, City of Chattanooga, stipulate and consent to the dismissal of the Defendant, City of Chattanooga pursuant to Rule 41 (a) (2), based upon the development of an agreed procedure for disclosure of traffic accident reports which may contain "personally identifying information" and comply with the requirements of the DPPA and T.C.A. § 55-25-101, *et seq.* as well as T.C.A. §55-10-108(f).

4. This agreed procedure will comply with the current laws of the State of Tennessee, as well as the DPPA, and may be amended hereafter to comply with any changes thereof in the future or to comply with any new law enacted thereafter applicable to this subject matter. It is intended that this Consent Order empower the City's flexibility in favor of protecting the privacy of accident victims and comply with Open Records Requests under Tennessee law and the DPPA.

5. The Court takes notice of the facts as alleged in the Verified Complaint and the recently reported case of *Pavone v. Meyerkord & Meyerkord, et al*, 2017 WL 2257200 (USDC, N. D. Illinois, Eastern Division 5/22/17), that the factual circumstances for each stop of the proposed class for the claims under the Driver's Privacy Protection Act addressed in that case is

-2-

factually similar to the case at bar preventing class certification as to the Defendant, City of Chattanooga.

WHEREFORE, it is **ORDERED, ADJUDGED and DECREED** by consent of these parties as follows:

1.    The Defendant, City of Chattanooga, shall immediately suspend open records review of un-redacted traffic accident reports. The Defendant, City of Chattanooga, will implement a process of review and access to traffic accident reports as soon as practicable which is approved by the Tennessee Office of Open Records that requires documentation of the following items before disclosure of a Tennessee Electronic Traffic Crash (Accident) Report:

A.    Any request for review shall contain documentation of permission to view information contained in such records (i.e., a driver, passenger, insurer or legal representative already possessing the name, address or report number of a driver or passenger involved) based on an approved records request form which shall be similar to the one attached as Exhibit A;

B.    Certification by a requestor that it is for a permitted purpose under the DPPA and T.C.A. §55-25-101, *et. seq.* or as otherwise authorized under State or Federal law; and

C.    Certification by a requestor that the disclosure is not sought for the purpose of solicitation which would subject the requestor to potential criminal responsibility under the DPPA, T.C.A. §§55-10-108(f) and 55-25-101, *et seq.* or as otherwise authorized under State or Federal law. Redaction of any personally identifying information from such records will only be required when disclosure is sought without complying with 1.A-C above.

2.    Considering Plaintiff's stipulation and consent to the dismissal of the Defendant, City of Chattanooga, and the agreed records procedure of the Defendant, City of Chattanooga,

hereinabove, the Defendant, City of Chattanooga, is hereby dismissed as a party from this action pursuant to Rule 41 (a) (2) of the Federal Rules of Civil Procedure, subject only to any further proceedings for failure to comply with this Consent Decree.

3. All claims for damages and/or attorney's fees as to the Defendant City of Chattanooga under the DPPA and/or under Tennessee law are dismissed and the remaining parties shall bear their respective costs of this action which may continue as to the remaining parties.

ENTER this _____ day of _____, 2017.

_____
HONORABLE THOMAS A. VARLAN

APPROVED:

McMAHAN LAW FIRM

By: /s/James R. Kennamer
  James R. Kennamer, BPR #16172
  Attorneys for Plaintiff
  P.O. Box 11107
  Chattanooga, TN 37401
  423/265-1100
  Fax: 423/266-1981

CITY OF CHATTANOOGA, TENNESSEE
OFFICE OF THE CITY ATTORNEY

By: /s/ Phillip A. Noblett
  Phillip A. Noblett, BPR #010074
  Attorneys for Defendant, City of Chattanooga
  100 E. 11th Street
  2nd Floor, City Hall Annex, Suite 200
  Chattanooga, TN 37402
  423/643-8250

-4-