UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

DOROTHY WOODWARD, on behalf of            )
herself and all others similarly situated,    )
                                               )
            Plaintiffs,                         )
                                               )
v.                                             )      No.:   1:17-cv-253-TAV-SKL
                                               )
CITY OF CHATTANOOGA, *ex rel*,                 )
CHATTANOOGA POLICE DEPARTMENT,                 )
RIVERVIEW MEDICAL SERVICES, CO.,               )
and LAKENDRA PORTER, d/b/a                     )
RIVERVIEW MEDICAL SERVICES, CO.,               )
                                               )
            Defendants.                         )

## ORDER

Comes now the Plaintiff, Dorothy Woodward, by and through counsel, and announces

to the Court pursuant to Rule 41 (a) (1) of the *Federal Rules of Civil Procedure* that she is

requesting the entry of a Court Order of Dismissal by this Court pursuant to Rule 41 (a) (2) as

to only the Defendant, City of Chattanooga, which states as follows:

1.      This Cause came to be filed upon the Verified Complaint on September 14, 2017

by the Plaintiff, Dorothy Woodward, setting out facts and a cause of action alleging multiple

violations by the defendants of the Driver's Privacy Protection Act ("DPPA") and T.C.A. §55-

25-101, *et seq.*

2.      After filing of the Verified Complaint, Defendant, City of Chattanooga, made

diligent inquiry with the Tennessee Office of Open Records and the Tennessee Office of Safety

and Homeland Security, and while not admitting to any specific violation of either state or

federal law, has accepted that traffic accident reports generated by the Chattanooga Police

Department may contain some personally identifying information from motor vehicle records which should be redacted and protected from disclosure, including the names, addresses and phone numbers of accident victims, except when such information is requested by parties authorized to obtain such information under Tennessee law.

3. In order to satisfy the wishes of the Plaintiff and to further the interests of the City of Chattanooga, and in the interests of the citizens thereof, Plaintiff, Woodward, and Defendant, City of Chattanooga, stipulate and consent to the dismissal of the Defendant, City of Chattanooga pursuant to Rule 41 (a) (2), based upon the development of an agreed procedure for disclosure of traffic accident reports which may contain "personally identifying information" and comply with the requirements of the DPPA and T.C.A. § 55-25-101, *et seq.* as well as T.C.A. §55-10-108(f).

4. The parties submit to the Court that this agreed procedure will comply with the current laws of the State of Tennessee, as well as the DPPA, and may be amended hereafter to comply with any changes thereof in the future or to comply with any new law enacted thereafter applicable to this subject matter.

5. The parties submit to the Court that the facts as alleged in the Verified Complaint and the recently reported case of *Pavone v. Meyerkord & Meyerkord,* 2017 WL 2257200 (N. D. Ill. May 22, 2017) likely bar class certification as to the Defendant, City of Chattanooga.

WHEREFORE, it is **ORDERED, ADJUDGED and DECREED** by consent of these parties as follows:

2

1.      The Defendant, City of Chattanooga, shall immediately suspend open records review of un-redacted traffic accident reports.  The Defendant, City of Chattanooga, will implement a process of review and access to traffic accident reports as soon as practicable which is approved by the Tennessee Office of Open Records that requires documentation of the following items before disclosure of a Tennessee Electronic Traffic Crash (Accident) Report:

A.      Any request for review shall contain documentation of permission to view information contained in such records (i.e., a driver, passenger, insurer or legal representative already possessing the name, address or report number of a driver or passenger involved) based on an approved records request form which shall be similar to the one attached as Exhibit A;

B.      Certification by a requestor that it is for a permitted purpose under the DPPA and T.C.A. §55-25-101, *et. seq.* or as otherwise authorized under State or Federal law; and

C.      Certification by a requestor that the disclosure is not sought for the purpose of solicitation which would subject the requestor to potential criminal responsibility under the DPPA, T.C.A. §§55-10-108(f) and 55-25-101, *et seq.* or as otherwise authorized under State or Federal law. Redaction of any personally identifying information from such records will only be required when disclosure is sought without complying with 1.A-C above.

2.      Considering Plaintiff's stipulation and consent to the dismissal of the Defendant, City of Chattanooga, and the agreed records procedure of the Defendant, City of Chattanooga, hereinabove, the Defendant, City of Chattanooga, is hereby dismissed as a party from this

3

action pursuant to Rule 41 (a) (2) of the Federal Rules of Civil Procedure, subject only to any further proceedings for failure to comply with this Consent Decree.

3.      All claims for damages and/or attorney's fees as to the Defendant City of Chattanooga under the DPPA and/or under Tennessee law are dismissed and the remaining parties shall bear their respective costs of this action which may continue as to the remaining parties.

ENTER:

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

4

# Tennessee Open Records Request

*Please show Photo ID issued by governmental entity including customers' address (example: drivers' license). List form of identification provided:*

(PLEASE PRINT ON THIS FORM)

**\*Today's Date**: _____

*Customer Information*

**\*Full Name:** _____
(*First and Last Name*)

**\*Mailing Address:** _____
(*No P.O. Box*)

**\*City, State and Zip Code:** _____

**\*Email Address (\*):** _____

**\*Telephone or Cell Number:** _____

**\*Driver License Number and State:** _____

**\*Date of Birth** _____

**\*Type of Record(s) Requested:** _____
(*Incident Report, Arrest Report, Inspection Report, Documents from the City of Chattanooga*)

**\*If requesting an accident report, are you one of the following:** _____
(*Driver, Passenger, Insurer, Legal Representative*)

**\*I agree that I will abide by the following language:**

☐ *It is a Class A misdemeanor for any person to knowingly use the report or information contained in the report for solicitation that is prohibited by a standard of conduct or practice of any profession licensed by the state.*

**\*Report Number or Tracking Number (s):** _____
(*Example - Tracking Number #16-012345*)

**\*Report Date:** _____

**\*Location:** _____
(*Business or Street Name*)

**\*Victim(s) Name & Date of Birth** _____

**\*Suspect(s) Name & Date of Birth** _____

**Property Address** _____
(*For Inspection Reports Only*)

**Preferred Method to Receive Records** _____

\*\*\* *Charges for producing copies of Public Records are .15 ¢ (black& white copies) and .50¢ (for color copies) per page. CD copies are $3.00 dollars per disk.*

Case 1:17-cv-00253-TAV-SKL   Document 12   Filed 10/16/17   Page 6 of 6   PageID

